1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PERFECTO B. AQUINO, et al.,

           Plaintiffs,

      v.

U.S. BANK NATIONAL ASSOCIATION, et al.,

           Defendants.

Case No.  15-cv-05181-JSW

**ORDER VACATING HEARING DATE**

Re: Docket No. 7

      Pursuant to Civil Local Rule 7-1(b), the court finds that Defendants' motion to dismiss, which has been noticed for hearing on January 22, 2016, is appropriate for decision without oral argument.

      Accordingly, the hearing date is hereby VACATED.  The motion will be taken under submission and decided on the papers.

      **IT IS SO ORDERED.**

Dated: January 15, 2016

_____

JEFFREY S. WHITE
United States District Judge