UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| PERFECTO B. AQUINO, et al., | Case No. 15-cv-05181-JSW |
|---|---|
| Plaintiffs, | |
| v. | **ORDER DECLINING ENTRY OF PARTIAL JUDGMENT** |
| U.S. BANK NATIONAL ASSOCIATION, et al., | Re: Docket No. 36 |
| Defendants. | |

Defendant U.S. Bank National Association ("U.S. Bank") has submitted a judgment of dismissal for the Court's signature. (Docket No. 36.) On April 26, 2016, the Court granted, in part, and denied, in part, Defendants' motion to dismiss, and it dismissed the claims against U.S. Bank with prejudice. The Court did not include any language in that order to suggest that it found that entry of partial judgment was appropriate. *See* Fed. R. Civ. P. 54(b). Therefore, the Court will not enter U.S. Bank's proposed judgment. If U.S. Bank seeks relief, it should file a properly noticed motion.

**IT IS SO ORDERED.**

Dated: May 3, 2016

_____
JEFFREY S. WHITE
United States District Judge